UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:21-po-00035-KJN |
|---|---|
| Plaintiff, | ) ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) |
| BLAKE R. MARSH, | ) DATE: February 9, 2021 |
| | ) TIME: 9:00 a.m. |
| Defendant. | ) JUDGE: Honorable Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00035-KJN with prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on February 9, 2021, is vacated.

IT IS SO ORDERED.

Dated: January 29, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE